**UNPUMBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1058**

———————

TODD SCHAEFFER,

              Plaintiff - Appellant,

        v.

ADEX CORPORATION,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:14-cv-01127-TSE-TCB)

———————

Submitted: March 17, 2015          Decided:  March 20, 2015

———————

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Todd Schaeffer, Appellant Pro Se.  Seth Abram Schaeffer, MCGUIREWOODS, LLP, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Schaeffer appeals the district court's orders dismissing his complaint for failing to state a claim, denying his motion for judgment, and denying his motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Schaeffer v. ADEX Corp., No. 1:14-cv-01127-TSE-TCB (E.D. Va. Nov. 25, 2014; Dec. 19, 2014; Dec. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED